J. David Morrissy, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
400 7th Street, NW, Suite 506
Washington, DC 20004
(202) 424-2244

Attorneys for Defendant
 *Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KALBIAN HAGERTY LLP., <br><br> Plaintiff, <br><br> - against - <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby removes to this Court an action styled *Kalbian Hagerty LLP. v. Wells Fargo Bank, N.A.,* Civil Action No. 2020 CA 001956 B, nominally pending in the Superior Court for the District of Columbia (the "Superior Court Action").

In support of this removal, Wells Fargo avers:

1. Pursuant to 28 U.S.C. § 1441, a defendant may remove a civil action of which the district courts have original jurisdiction to a United States District Court in the district in which a state court action is brought.

2. This Court has original jurisdiction over the Superior Court Action pursuant to 28 U.S.C. § 1332(a). As alleged in the Complaint, the matter in controversy exceeds the sum or value of $75,000. exclusive of interest and costs. Additionally, the Superior Court Action is between citizens of different states.

3. The Complaint states that relief is sought in an amount to be determined at trial, but not less than $83,985.00. Pursuant to 28 U.S.C. § 1446(c)(2), "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy…." Accordingly, the $75,000.00 amount in controversy threshold is satisfied.

4. Wells Fargo is a national banking association organized and existing under the laws of the United States with its main office, as set forth in its articles of association, located in South Dakota. Accordingly, Wells Fargo is a citizen of South Dakota for the purpose of diversity of citizenship. See Wachovia Bank, National Association v. Schmidt, 546 U.S. 303 (2006).

5. As set forth in the Complaint, Kalbian Hagerty LLP is a District of Columbia limited liability partnership, and, upon information and belief, none of its members is a citizen of South Dakota.

6. As such, the diversity of citizenship requirement is met.

7. In accordance with 28 U.S.C. § 1446(a), the docket and all process and pleadings filed in the Superior Court Action to date are attached as **Exhibit A**. These documents consist of: a Complaint filed March 19, 2020, a Summons issued March 19, 2020, a First Amended Complaint filed March 25, 2020, a Summons issued March 25, 2020, and an Affidavit of Service filed March 31, 2020.

8. Plaintiff commenced the State Court Action by filing the Complaint on March 19, 2020 and thereafter serving Wells Fargo with the First Amended Summons and Complaint on March 26, 2020, according to an Affidavit of Service filed on March 31, 2020 in the Superior Court Action.

9. The issues raised in the Superior Court Action have not been joined.

10. This Notice of Removal is timely effected pursuant to 28 U.S.C. § 1446(b).

11. Pursuant to the foregoing, Wells Fargo files this Notice of Removal, thereby removing the pending Superior Court Action to the United States District Court for the District of Columbia.

12. Pursuant to 28 U.S.C. § 1446(d), a Notification of Removal will be filed in the Superior Court of Washington, DC, together with a true and correct copy of this Notice of Removal.

WHEREFORE, removing party Wells Fargo respectfully requests that this action be removed from the Superior Court of Washington, DC, to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings, as though this action had been originally instituted in this Court.

Dated: Washington, DC
April 27, 2020

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ J. David Morrissy
J. David Morrissy
Attorneys for Defendant
Wells Fargo Bank, N.A.
400 7th Street, NW, Suite 506
Washington, DC 20004
(202) 424-2244

TO: KALBIAN HAGERTY LLP
Plaintiff
888 17th Street, NW, Suite 1000
Washington, DC 20006

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I caused an accurate copy of Defendant Wells Fargo, N.A.'s Notice of Removal to be filed with the Clerk of Court using the electronic filing system and served a copy thereof by e-mail upon:

Eric L. Siegel, Esquire
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
(202) 223-5600
(202) 223-6625
esiegel@kalbianhagerty.com
*Counsel for Plaintiff*

    /s/ J. David Morrissy
J. David Morrissy, Esq.
Zeichner Ellman & Krause
400 7th Street NW
Suite 506
Washington, DC 20004
dmorrissy@zeklaw.com
Telephone: (202) 4242244
Fax: (212) 753-0396
*Counsel for Defendant*